UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

FILED
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2008 FEB -8 PM 1:58

**Bin Yu**

            Plaintiff,

v.                                                                      Case No.: ___08-74_____

**Michael Chertoff,** Secretary                          Judge: _____
Department of Homeland Security
**Emilio T. Gonzalez,** Director
U. S. Citizenship and Immigration Services
**Evelyn Upchurch,** Director
Texas Service Center
U. S. Citizenship and Immigration Services
**Michael B. Mukasey,** Attorney General
U. S. Department of Justice
**Robert S. Mueller, III,** Director
Federal Bureau of Investigation

            Defendants.

## Certificates of Services

This is to certify that, on February 6, 2008, I, Bin Yu, served the summons and a copy of <u>COMPLAINT FOR MANDAMUS ACT TO ADJUDICATE THE PLAINTIFF'S I-485 APPLICATION</u> on each person listed below addressed as follows by CERTIFICED MAIL with RETURN RECEIPT REQUESTED:

1. Certified Mail #: 7007 2560 0000 8943 0548
   Michael Chertoff
   Secretary of Homeland Security
   U. S. Department of Homeland Security
   Washington, D.C. 20528

2. Certified Mail #: 7007 2560 0000 8943 0586
   Emilio T. Gonzalez
   Director of U. S. Citizenship and Immigration Services
   U. S. Department of Homeland Security
   Washington D.C. 20528

3. Certified Mail #: 7007 2560 0000 8943 0579
Evelyn Upchurch, Director
Texas Service Center
U. S. Citizenship and Immigration Services
4141 Saint Augustine Rd.
Dallas, TX 75227

4. Certified Mail #: 7007 2560 0000 8943 0593
Michael B. Mukasey, Attorney General
U. S. Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530-0001

5. Certified Mail #: 7007 2560 0000 8943 0555
Robert S. Mueller, III
Director of Federal Bureau of Investigation
J. Edgar Hoover Building
935 Pennsylvania Avenue, NW
Washington, D.C. 20535-0001

6. Certified Mail #: 7007 2560 0000 8943 0562
Colm F. Connolly
US Attorney's Office
Nemours Building, P.O. Box 2046
Wilmington, DE 19899-2046

I declare under penalty of perjury that the foregoing information is true and correct.

Dated: __Feb____6___, 2008

Bin Yu, Pro Se
5505 Limeric Circle, Apt 24,
Wilmington, DE 19808
Phone: (302) 737-2380
E-mail: ben.b.yu@gmail.com





Bin Yu
5505 Limeric Circle, Apt 24,
Wilmington, DE 19808

Case No. 08-74

WILMINGTON DE 197
07 FEB 2008 PM 2 T

clerk's office 4209
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801