# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE



**Bin Yu**

                Plaintiff,

v.                                                                                  Case No.: ___08-74___ SLR

**Michael Chertoff,** Secretary                        Judge: ___Sue L. Robinson___
Department of Homeland Security
**Emilio T. Gonzalez,** Director
U. S. Citizenship and Immigration Services
**Evelyn Upchurch,** Director
Texas Service Center
U. S. Citizenship and Immigration Services
**Michael B. Mukasey,** Attorney General
U. S. Department of Justice
**Robert S. Mueller, III,** Director
Federal Bureau of Investigation

                Defendants.

## MOTION FOR VOLUNTARY DISMISSAL

Plaintiff Bin Yu, PRO SE, was informed by U. S. Citizenship and Immigration Services that his application for permanent residency was adjudicated on February 26, 2008. Thus Plaintiff voluntarily dismisses this cause of action, without prejudice, pursuant to Rule 41 of FRCP. Plaintiff no longer wishes to pursue his claims as set forth in the complaint.

Dated: __March__1___, 2008

                                                  _____

                                                  Bin Yu, Pro Se
                                                  5505 Limeric Circle, Apt 24,
                                                  Wilmington, DE 19808
                                                  Phone: (302) 737-2380
                                                  E-mail: ben.b.yu@gmail.com

Bin Yu
5505 Limeric Circle, Apt 24,
Wilmington, DE 19808

Case # 08-74

WILMINGTON DE 197
03 MAR 2008 PM 1 L

Clerk's office 4209
J. Caleb Boggs Federal Building
844 N. King street
Wilmington, DE 19801